DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENE GUERRA MARTINEZ** and **ANGELA MARIA ESTRADA,**
Appellants,

v.

**BANK OF NEW YORK MELLON,**
Appellee.

No. 4D16-2398

[July 20, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2015CA001021XXXXMB.

Adriana C. Clamens and Jeffrey Harrington of Harrington Legal Alliance, West Palm Beach, for appellants.

Shaib Y. Rios of Brock & Scott, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***